## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 15-11712 |
| NACHELL MAXWELL-VALLERY | CHAPTER 13 |
| DEBTOR | SECTION "B" |

### ORDER LIFTING STAY AND CO-DEBTOR STAY

The hearing on the Motion for Relief from the Automatic Stay and Co-Debtor ("Motion" P-8) filed by Credit Acceptance Corp. ("Mover"), was scheduled for hearing on the 19th day of August, 2015 at 10:40 A.M.

The Court having considered the merits of the Motion, the allegations contained therein, the attachments thereto, no objections having been filed thereto, and there being good cause to grant the relief requested;

IT IS ORDERED, that the Motion is GRANTED and that the automatic stay and co-debtor stay imposed by 11 U.S.C.§362 and 11 U.S.C. §1301 are terminated, even if this proceeding is converted to one under Chapter 7, to allow Mover to foreclose upon or otherwise exercise its security interests against the following described collateral ("Collateral"):

2011 Chevrolet Camaro bearing manufacturer's identification no. 2G1FC3DD9B9209366:

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue payments to Mover on its secured claim under the Chapter 13 Plan filed by the Debtor and Mover is directed to file a report of sale promptly following liquidation of the Collateral; if any excess proceeds exist, Mover is to remit same to the Chapter 13 Trustee. Mover is given leave to file an unsecured deficiency claim within 60 days from the date of this Order, if such claim exists.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 19, 2015.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge