UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                              BANKRUPTCY NO. 15-11712
NACHELL MAXWELL-VALLERY           SECTION: B
DEBTOR                                    CHAPTER 13

### OBJECTION TO PROOF OF CLAIM

**NOW INTO COURT** comes **Nachell Maxwell-Vallery** (debtor) through undersigned counsel, who respectfully represents:

1.

The debtor filed the instant case on July 9, 2015 and the case is scheduled to be confirmed on September 23, 2015.

2.

Debtor is objecting to the claim of Santander Consumer USA Inc. that was filed in the amount of $16,163.77 with a value of the vehicle reflected as $9,800.00.

3.

The collateral in question, a 2008 Saturn Vue, has a value of $7,800.00. The vehicle was purchased December 29, 2012 which is outside of the 910 days prior to the filing of the bankruptcy case. Santander Consumer USA Inc. is entitled to be paid the value of the vehicle plus interest at a rate approved by the Court. If paid the value with 5.25% interest, Santander Consumer USA Inc. would be paid a total of $8,886.69.

**WHEREFORE** debtor prays that after a hearing is had on Debtor's objection that the claim filed by Santander Consumer USA Inc. be disallowed as filed but allowed as a secured claim in the amount of $7,800.00 with 5.25% interest for a total secured payment of $8,886.69 with $8,363.77 being unsecured.

Respectfully submitted,

KIRKPATRICK & ASSOCIATES, LLC

Timothy P. Kirkpatrick (20251)
Mark Needham (9914)
3501 North Causeway Suite 750
Metairie, Louisiana 70002
(504) 828-3311

B 10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT   EASTERN DISTRICT OF LOUISIANA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>NACHELL MAXWELL | Case Number:<br>15-11712 |
|---|---|

NOTE: *Do not use this form make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Santander Consumer USA Inc.;

COURT USE ONLY

Name and address where notices should be sent:
Santander Consumer USA Inc.;
P.O. Box 961245
Fort Worth, TX 76161-1245
Telephone No. (888) 437-4846     email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Santander Consumer USA Inc.;
P.O. Box 560284
Dallas, TX 75356
Telephone No. (888) 437-4846     email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $16,163.77   plus   25.99%

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Money Loaned
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>7573 | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
Describe: 2008 SATURN VUE
Value of Property: $ 9,800.00

Annual Interest Rate: 25.99%  ☑ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$ 2,476.48

Basis for perfection:  Certificate of Title

Amount of Secured Claim:   $9,800.00

Amount Unsecured:   $6,363.77

5. **Amount of Claim Entitled to Priority Over 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestics support obligations Over 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

* Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction#6)

910 Day = 6.29.15

| 7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)* |
|---|

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare Over penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and resonable belief.

Print Name:   Francesca Johnson
Title:        Bankruptcy Clerk
Company:      Santander Consumer USA Inc.;                      /s/ Francesca Johnson        08/12/2015
Address and telephone number (if different from notice address above):    (Signature)                (Date)

Telephone number:_____ email:_____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Santander
CONSUMER

Case Number: 15-11712
Filer(s) Name:
NACHELL MAXWELL

Account No: 7573
Original Claim #:

## Payoff Itemization

Filing Date: 7/9/2015

| | |
|---:|---:|
| Total Principal: | $14,016.79 |
| Total Interest: | $763.35 |
| Total Extension Fees: | $50.00 |
| Total Late Fees: | $267.63 |
| Total NSF Fees: | $0.00 |
| Total Legal Fees: | $0.00 |
| Total Repo Fees: | $1,066.00 |

**Payoff** $16,163.77

©2008 Santander Consumer USA Inc. // P.O.Box 562088 // Dallas, TX 75247

# RETAIL INSTALLMENT SALE CONTRACT
## GMAC FLEXIBLE FINANCE PLAN

**Buyer and Co-Buyer (Debtors) – Name and address (include parish and zip code)**

NACHELL S MAXWELL
2350 PARK PL DR UNIT
GRETNA           LA 70056       PARISH: JEFFERSON

**Seller-Creditor (Secured Party) - Seller name and address**

BANNER OF N.O. LLC d/b/a BANNER CHEVROLET
5950 CHEF HWY
NEW ORLEANS                LA    70126

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay us, the Creditor, the Amount Financed and Finance Charge according to the payment schedule shown below. We will figure the Finance Charge on a daily basis.

| New or Used | Year | Make and Model | Body Style | Vehicle Identification No. | Primary Use for Which Purchased |
|---|---|---|---|---|---|
| USED | 2008 | SATURN VUE | AP | 3GSCL33P38S704572 | XX personal, family, or household ☐ agricultural  ☐ business  ☐ |

Your trade-in is a:   Year  N/A   Make _____   Model _____

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 600.00 is |
|---|---|---|---|---|
| 25.99 % | $ 11780.20 | $ 14450.00 | $ 26230.20 | $ 26830.20 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 60 | $ 437.17 | Monthly beginning 02/12/2013 | |

**Late Charge.** If a payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $10.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

## ITEMIZATION OF AMOUNT FINANCED

1. Cash price (including any accessories, services, and taxes) ............ $ 14050.50 (1)
2. Total downpayment = (If negative enter "0" and see line 4I below)
   - Gross trade-in $ N/A  – payoff by seller $ N/A
   - = net trade-in $ N/A   + cash $ 600.00
   - + other (describe) N/A   $ N/A   $ 600.00 (2)
3. Unpaid balance of cash price (1 minus 2) ........ $ 13450.50 (3)
4. Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.):
   - A Cost of optional credit insurance paid to the insurance company or companies
     - Life  $ N/A
     - Disability  $ N/A   $ N/A
   - B Other insurance paid to the insurance company  $ N/A
   - C Official fees paid to government agencies  $ 8.00
   - D Government taxes not included in cash price  $ N/A
   - E Government license and/or registration fees
     - LIC $26.00  TMPTAG $4.00  $ 30.00
   - F Government certificate of title fees  $ 18.50
   - G Government Waste Tire Fee  $ N/A
   - H Other charges (Seller must identify who is paid and describe purpose.)
     - to N/A    for N/A    $ N/A
     - to BANNER OF N.O. for NOT.DOC.CONV  $ 148.00 *

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Louisiana. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the Insurance you want and sign below:
**Optional Credit Insurance.**

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Term N/A months   Premium: $ N/A

☐ Credit Disability for Buyer
Term N/A months   Premium: $ N/A

N/A
(Insurance Company)

N/A
(Home Office Address)

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays all or part of the amount you owe under this contract if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability pays all or part of the payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. See the policies or certificates from the named insurance companies for the details of the coverage these types of insurance provide, and for other terms and conditions.

**Other Insurance.**

☐ _____    N/A
    Type of Insurance         Term

Coverage (Describe) N/A
Premium $ N/A

N/A
(Insurance Company)

N/A
(Home Office Address)

I want the insurance checked above.

X _____   12/29/12
   Buyer Signature            Date

X _____

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** The Finance Charge is figured on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We will apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid part of the Amount Financed.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late, and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.** You give us a security interest in:
   1. The vehicle and all parts or goods installed in it;
   2. All money or goods received (proceeds) for the vehicle;
   3. All insurance, maintenance, service, or other contracts we finance for you; and
   4. All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. Louisiana law permits repossession of motor vehicles without judicial process.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we decide, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. You agree that the charge will be the premiums for the insurance and a finance charge at the Annual Percentage Rate shown on the front on this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. YOU MAY PREPAY

You may prepay all or part of the unpaid part of the Amount Financed at

c. You may have to pay attorney's fees and collection costs. If we hire an attorney to collect what you owe or to enforce this contract, you will pay the attorney's fees. If you purchased the vehicle for personal, family or household purposes, the attorney's fees you owe will not exceed 25% of the total amount payable under this contract. You will also reimburse us for our out-of-pocket collection costs and expenses in collecting what you owe and enforcing our security interest under this contract.

d. **We may take the vehicle from you.** <u>Louisiana law permits repossession of motor vehicles without judicial process.</u> If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay the amount when we ask, we may charge you interest on that amount until you pay at the Annual Percentage Rate shown on the front of this contract.

g. **Legal proceedings.** If you default we may choose to institute executory, ordinary, or other legal proceedings to have the vehicle taken from you and sold to satisfy your obligations to us.

To enable us to pursue legal process you:

1. Acknowledge the amount you owe under this contract, **CONFESS JUDGMENT** for the full amount you owe under this contract, and consent to a judgment being rendered and signed in our favor for that amount. The amount you owe under this contract includes the Amount Financed and Finance Charges, attorney's fees, late fees and collection costs, in addition to any other amounts provided for under this contract or by law. We will not use this confession of judgment for any purpose other than Louisiana executory process.

2. Waive (give up), to the extent permitted by law, appraisal of the vehicle and related rights when the vehicle is sold under executory process or other legal process under Articles 2332, 2336, 2723, and 2724 of the LCCP and any other law that may give you similar rights and benefits.

3. Authorize us to appoint a keeper of the vehicle under Louisiana Revised Statutes §9:5136 through 9:5140.2, et seq., if the vehicle is taken from you through legal proceedings. You authorize us to appoint ourselves or someone else we choose as keeper.

h. **What we may do about optional Insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we repossess the vehicle, we may claim benefits under these contracts and cancel

# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 3GSCL33P38S704572 | | 05/14/2015 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| STRN | VUE | LL | BLK/ | 2008 | 12/29/2012 | 65299 | U |

1L

```
** MAIL TO **

SANTANDER CONSUMER USA

5201 RUFE SNOW DR
N RICHLAND HILLS TX    76180

** OWNER **
NACHELL S MAXWELL

284 SOUTHWOOD DR
GRETNA              LA      70056
```

(LIEN)                    DATE
                          01/24/2013
SANTANDER CONSUMER USA
5201 RUFE SNOW DR
N RICHLAND HILLS TX    76180

First Lien Released _____ Date _____
By _____ Lienholder _____
Authorized Representative

Second Lien Released _____ Date _____
By _____ Lienholder _____
Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth

In witness whereof, I have affixed my signature at Baton Rouge

*Stephen F. Campbell*

KEEP IN SAFE PLACE

## SATURN

### 2009 9-7X-I6-AWD (SAAB)

| Rough Trade-In | Average Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Mileage Class: III | |
| 6400 | 7650 | 8675 | Utility 4D 4.2i | T13S | 40935 | 4720 | 7825 | 11550 |
| 6975 | 8250 | 9300 | Utility 4D 5.3i (V8) | T13M | 43665 | 4781 | 8375 | 12225 |
| 8125 | 9450 | 10550 | Utility 4D Aero (V8) | T23H | 47425 | N/A | 9500 | 13575 |

Add Navigation System — Trade-In/Loan 400 / Retail 450 — Add Rear Entertainment System

### 2008 9-7X-I6-AWD

| Rough | Avg | Clean | | | | | Mileage Class: III | |
|---|---|---|---|---|---|---|---|---|
| 4600 | 5750 | 6700 | Utility 4D 4.2i | T13S | 39190 | 4720 | 6050 | 9125 |
| 5250 | 6425 | 7400 | Utility 4D 5.3i (V8) | T13M | 41290 | 4781 | 6675 | 9925 |
| 5775 | 6950 | 8050 | Utility 4D Aero (V8) | T23H | 44945 | N/A | 8200 | 11800 |

Add Navigation System — Trade-In/Loan 350 / Retail 400 — Add Rear Entertainment System — 450 / 500

### 2010 OUTLOOK-V6

| | | | | | | | Mileage Class: III | |
|---|---|---|---|---|---|---|---|---|
| 8500 | 9650 | 10575 | Wagon 4D XE | R(TJJ) | 31130 | 4638 | 9525 | 13500 |
| 10325 | 11550 | 12525 | Wagon 4D XR | R(VJW) | 36930 | 4729 | 11275 | 15575 |
| 8975 | 10150 | 11100 | Wagon 4D XE (AWD) | V(TJJ) | 33130 | 4837 | 10000 | 14050 |
| 10825 | 12050 | 13050 | Wagon 4D XR (AWD) | V(VW) | 38930 | 4927 | 11750 | 16150 |

Add Bose Stereo System 250 / 300 — Add Power Sunroof
Add Certified Pre-Owned 1025 / — Add Rear Bucket Seats
Add Navigation System 475 / 550 — Add Rear Entertainment System

### 2010 VUE-V6

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 6100 | 7150 | 8000 | Utility 4D XE (4 Cyl.) | LA | 3652 | N/A | 7200 | 10800 |
| 6900 | 8000 | 8900 | Utility 4D XR (4 Cyl.) | L(EK) | 3687 | N/A | 8025 | 11800 |
| 7200 | 8300 | 9200 | Utility 4D XR | L(EK) | 3854 | N/A | 8300 | 12125 |

Add Certified Pre-Owned — 550 / 625
Add Leather Seats

### 2009 OUTLOOK-V6

| | | | | | | | Mileage Class: III | |
|---|---|---|---|---|---|---|---|---|
| 7500 | 8625 | 9525 | Wagon 4D XE | R13 | 29380 | 4700 | 8575 | 12475 |
| 8800 | 9975 | 10925 | Wagon 4D XR | R(2/3)3 | 33205 | N/A | 9850 | 13975 |
| 7600 | 8725 | 9625 | Wagon 4D XE (AWD) | V13 | 31380 | 4905 | 8675 | 12575 |
| 8900 | 10075 | 11025 | Wagon 4D XR (AWD) | V(2/3)3 | 35205 | N/A | 9925 | 14075 |

Add Bose Stereo System 250 / 300 — Add Power Sunroof
Add Leather Seats (Std. XR) 500 / 575 — Add Rear Bucket Seats 225 / 250
Add Navigation System 350 / 400 — Add Rear Entertainment System 500 / 575
Add Power Seat (Std. XR) 250 / 300

### 2009 VUE-V6

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 5675 | 6725 | 7575 | Utility 4D XE (4 Cyl.) | L33 | 22075 | 3689 | 6825 | 10325 |
| 6225 | 7350 | 8225 | Utility 4D XE (4 Cyl.) | L53P | 25165 | N/A | 7425 | 11050 |
| 6175 | 7225 | 8100 | Utility 4D Green Line (4 Cyl.) | L93Z | 26955 | 3803 | 7300 | 10900 |
| 6475 | 7550 | 8425 | Utility 4D XR | L537 | 25400 | 3886 | 7600 | 11275 |
| 7375 | 8475 | 9375 | Utility 4D Red Line | L13 | 27900 | N/A | 8450 | 12300 |
| 6025 | 7075 | 7925 | Utility 4D XE (AWD) | L43 | 24920 | 4084 | 7150 | 10700 |
| 6625 | 7700 | 8575 | Utility 4D XR (AWD) | L63 | 27400 | 4071 | 7725 | 11425 |
| 7500 | 8625 | 9525 | Utility 4D Red Line (AWD) | L03 | 29900 | N/A | 8575 | 12475 |

Add Leather (Std. Red Line) — 500 / 575 — Add Power Sunroof
Add Navigation System 350 / 400 — Add Pwr Seat (Std. XR, Red Line) 250 / 300

---

## SUBARU

### 2008 OUTLOOK-V6

| Rough Trade-In | Avg Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Mileage Class: III | |
| 6250 | 7325 | 8200 | Wagon 4D XE | R13 | 27605 | 4700 | 7400 | 11025 |
| 7900 | 9025 | 9950 | Wagon 4D XR | R(2/3)3 | 29905 | N/A | 8975 | 12925 |
| 6925 | 8025 | 8925 | Wagon 4D XE (AWD) | V13 | 29605 | 4905 | 8050 | 11825 |
| 8925 | 9025 | 9950 | Wagon 4D XR (AWD) | V(2/3)3 | 31905 | N/A | 8975 | 12925 |

Add Leather Seats — Trade-In/Loan 400 / Retail 450
Add Navigation System 300 / 350 — Add Rear Bucket Seats 200 / 225
Add Power Seat (Std. XR) 250 / 300 — Add Rear Entertainment System 450 / 500

### 2008 VUE-V6

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 4700 | 5700 | 6500 | Utility 4D XE (4 Cyl.) | L33 | 20770 | 3825 | 5850 | 9100 |
| 4850 | 5850 | 6675 | Utility 4D Green Line (4 Cyl.) | L93 | 21770 | 3789 | 6025 | 9300 |
| 5375 | 6400 | 7225 | Utility 4D XR | L63 | 24270 | 4076 | 6525 | 9925 |
| 6000 | 7050 | 7900 | Utility 4D Red Line | L13 | 26770 | N/A | 7125 | 10675 |
| 4900 | 5900 | 6725 | Utility 4D XE (AWD) | L43 | 23890 | 4325 | 6075 | 9350 |
| 5475 | 6500 | 7325 | Utility 4D XR (AWD) | L(6/7)3 | 26270 | N/A | 6600 | 10025 |
| 6375 | 7450 | 8325 | Utility 4D Red Line (AWD) | L03 | 28770 | N/A | 7500 | 11150 |

Add Leather (Std. Red Line) — Trade-In/Loan 400 / Retail 450
Add Navigation System 300 / 350 — Add Pwr Seat (Std. XR, Red Line) 250 / 300

### 2014 TRIBECA-6 Cyl.-AWD

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 22575 | 24025 | 25200 | Utility 4D Limited | WX9/D | 34095 | 4214 | 22700 | 28150 |

Add Certified Pre-Owned — Trade-In/Loan 675 / Retail 750
Add Navigation System 625 / 700

### 2013 TRIBECA-6 Cyl.-AWD

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 20350 | 21775 | 22925 | Utility 4D Limited | WX9/D | 32595 | 4214 | 20650 | 25675 |

Add Certified Pre-Owned — Trade-In/Loan 1350
Add Navigation System 600 / 675

### 2012 TRIBECA-6 Cyl.-AWD

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 16700 | 18075 | 19175 | Utility 4D Premium | WX9FD | 30595 | 4173 | 17275 | 22125 |
| 17800 | 19175 | 20300 | Utility 4D Limited | WX9(G/H/K)D | 32595 | 4214 | 18275 | 23275 |
| 18950 | 20350 | 21475 | Utility 4D Touring | WX9(G/H/K)D | 35895 | 4256 | 19350 | 24500 |

Add Certified Pre-Owned — 1325 / —
Add Navigation System 600 / 675 — Add Power Sunroof 650 / 725

### 2011 TRIBECA-6 Cyl.-AWD

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 15025 | 16350 | 17425 | Utility 4D Premium | WX9FD | 30495 | 4120 | 15700 | 20525 |
| 16075 | 17425 | 18525 | Utility 4D Limited | WX9(G/H/K)D | 32495 | 4214 | 16825 | 21675 |
| 16925 | 18300 | 19400 | Utility 4D Touring | WX9(G/H/K)D | 35795 | 4256 | 17475 | 22600 |

Add Certified Pre-Owned — 1300 / —
Add Navigation System 550 / 600 — Add Pwr Sunroof (Std. Touring) 525 / 600

### 2010 TRIBECA-6 Cyl.-AWD

| | | | | | | | Mileage Class: II | |
|---|---|---|---|---|---|---|---|---|
| 11100 | 12325 | 13325 | Utility 4D Premium | WX9FD | 30495 | 4173 | 12000 | 16550 |
| 12050 | 13325 | 14350 | Utility 4D Limited | WX9(G/H/K)D | 32495 | 4214 | 12925 | 17625 |
| 12975 | 14275 | 15325 | Utility 4D Touring | WX9(G/H/K)D | 35795 | 4256 | 13800 | 18650 |

Add Certified Pre-Owned — 1275 / —
Add Navigation System — Add Pwr Sunroof (Std. Touring) 500 / 575
475 / 550 — Add Rear Entertainment System 550 / 625

---

trade in 6500
clean retail +9100 -2
7800