# S. J. Beaulieu, Jr.

433 Metairie Road, Suite 307
Metairie, Louisiana 70005

**CHAPTER 13 TRUSTEE**

(504) 831-1313

August 28, 2015

John H Denenea Jr
4240 Canal Street
New Orlreans LA 70119

Re: NACHELL MAXWELL-VALLERY
Bankruptcy Case #15-11712
LYNDON MICHAEL VALLERY non- filing spouse / Automobile Accident

Dear Counsel:

As the trustee in the Chapter 13 bankruptcy case referenced above, I have authority over the assets of the estate subject to the bankruptcy court's confirmation order. Your executory contract with the debtor regarding the lawsuit in which the debtor is a plaintiff will be approved by the bankruptcy court when the case is confirmed or upon the court's entry of an appropriate order. In order for you to remain counsel for the debtor, you are required to submit the following:

1. Provide the trustee with a report on the status of the lawsuit every six months.
2. The bankruptcy court must approve any settlement or compromise. Before entering into any settlement or compromise, file a motion requesting approval and a notice of hearing. Include in the motion an accounting of all attorney's fees and costs and the net proceeds to the debtor, as well as an order approving payment of fees and costs.
3. Submit the debtor's proceeds to the trustee.

Failure to comply with these requirements will result in your being replaced by an attorney appointed by the court.

Please call us at 504-831-1313 if you have any questions.

Very truly yours,

S.J. BEAULIEU, JR.

by: /s/ Karye Kelly

cc: NACHELL MAXWELL-VALLERY and LYNDON MICHAEL VALLERY non-filing spouse
284 SOUTHWOOD DRIVE
GRETNA LA 70056

TIMOTHY P KIRKPATRICK
kirkpatrick@kirkpatrick-law.com