UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  
NACHELL MAXWELL-VALLERY  
DEBTOR

BANKRUPTCY NO. 15-11712  
SECTION: B  
CHAPTER 13

### Ex-Parte Motion to Dismiss Case

Comes now, Nachell Maxwell-Vallery and show the court as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on July 9, 2015 and an order for relief was entered.

2. This case has not been converted under 11 USC §706 or 11 USC §1112. The debtor no longer wants to continue with the chapter 13 plan.

3. Nachell Maxwell-Vallery has decided to move to dismiss her bankruptcy case following consultation with counsel during which she was advised that she could be restricted from filing any new bankruptcy for a period of six months following the dismissal of this case. Further, any new case filed within one year of the dismissal of this case would result in a limited or no stay (protection of the court). Further, Nachell Maxwell-Vallery understands that she will not receive a discharge from this case and accordingly will owe all unpaid obligations including any accrued interest and fees. Nachell Maxwell-Vallery understands that she is moving to dismiss this case against the advice counsel.

Wherefore, debtor requests an order dismissing the above bankruptcy case.

Dated: 9-10-15

Timothy P. Kirkpatrick, Attorney

Nachell Maxwell-Vallery, Debtor  
(Debtor specifically read and understands paragraph #3 above)