UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  
NACHELL MAXWELL-VALLERY  
DEBTOR

BANKRUPTCY NO. 15-11712  
SECTION: B  
CHAPTER 13

**Certificate of Service**

The undersigned does hereby certify that the forgoing Ex-Parte Motion to Dismiss has been served upon the Trustee, S. J. Beaulieu, Jr. at ecf@ch13no.com and all parties on the attached mailing matrix by forwarding the same via first-class mail this 10TH day of September 2015.

_____  
Timothy P. Kirkpatrick

Nachell Maxwell-Vallery
284 Southwood Drive
Gretna, LA 70056

Midland Fund
8875 Aero Dr Ste 200
San Diego, CA 92123

Credit Control Corp
11821 Rock Landing Dr
Newport News, VA 23606

Navient
PO Box 9500
Wilkes Barre, PA 18773

Creditacpt
25505 W 12 Mile Rd
Southfield, MI 48034

QVC
c/o GC Services
6330 Gulfton
Houston, TX 77081

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Santander
8585 N Stemmons Fwy Ste
Dallas, TX 75247

Enhancrcvrco

Santander
P.O. Box 961245
Fort Worth, TX 76161

Fedloan
PO Box 60610
Harrisburg, PA 17106

Sko Bren Am

Fst Premier
601 S Minnesota Ave
Sioux Falls, SD 57104

Transworld Sys Inc/09
507 Prudential Rd
Horsham, PA 19044

Internal Revenue Service
1555 Poydras Street
Suite 220, M/S 31
New Orleans, LA 70112

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Louisiana Department of Revenue
P. O. Box 66658
Baton Rouge, LA 70896